NUMBER 13-09-00397-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG 


______________________________________________________________

 

DEBORAH LYNN DAVIS, APPELLANT,


v.



RONALD DWAYNE DAVIS, APPELLEE. 

_____________________________________________________________


On Appeal from the 418th District Court 


of Montgomery County, Texas.


______________________________________________________________


MEMORANDUM OPINION


 

Before Justices Yañez, Benavides, and Vela


Memorandum Opinion Per Curiam


 Appellant, Deborah Lynn Davis, perfected an appeal from a judgment rendered
against her in favor of appellee, Ronald Dwayne Davis. On July 20, 2009, the Clerk of this
Court notified appellant that the clerk's record in the above cause was originally due on
July 13, 2009, and that the deputy district clerk, Bobbye Miller, had notified this Court that
appellant failed to make arrangements for payment of the clerk's record. The Clerk of this
Court notified appellant of this defect so that steps could be taken to correct the defect, if
it could be done. See Tex. R. App. P. 37.3, 42.3(b),(c). Appellant was advised that, if the
defect was not corrected within ten days from the date of receipt of this notice, the appeal
would be dismissed for want of prosecution. 

 On August 7, 2009, the Clerk of the Court notified appellant that she was delinquent
in remitting a $175.00 filing fee. The Clerk of this Court notified appellant that the appeal
was subject to dismissal if the filing fee was not paid within ten days from the date of
receipt of this letter. See id. 42.3(b),(c). 

 Appellant has failed to failed to respond to this Court's notices and has failed to pay
the filing fee. Accordingly, the appeal is DISMISSED FOR WANT OF PROSECUTION. 
See Tex. R. App. P. 42.3(b), (c). 

 

 PER CURIAM

Memorandum Opinion delivered and

filed this the 1st day of October, 2009.